IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CV-00217 LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE'S FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| ALLEN H. SAKAI, as President of | ) | IN PART AND DENY IN PART |
| STRATEGIC MEDICAL | ) | THE UNITED STATES' PETITION |
| CONSULTING, INC., ALLEN H. | ) | TO ENFORCE IRS SUMMONSES |
| SAKAI, ROBERT R. LAI, and | ) | |
| SUSAN C. SAKAI,, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATION TO GRANT IN PART AND DENY IN PART
THE UNITED STATES' PETITION TO ENFORCE IRS SUMMONSES</u>**

Findings and Recommendation having been filed and served on all parties on June 7, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 28, 2011.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

cc:all parties of record

**USA V. ALLEN H. SAKAI, ET AL; CIVIL NO. 11-00217 LEK-RLP; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART THE UNITED STATES' PETITION TO ENFORCE IRS SUMMONSES**